UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form.  If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll.  Electronic filing by counsel is required in all Fourth Circuit cases.  If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 26-2040 _____ as

☐ Retained  ☐ Court-appointed(CJA)  ☐ CJA associate  ☐ Court-assigned(non-CJA)  ☐ Federal Defender

☐ Pro Bono  ☑ Government

COUNSEL FOR:  See attached sheet _____

_____ as the
(party name)

☑ appellant(s)  ☐ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)  ☐ movant(s)

/s/ Sean R. Janda
_____
(signature)

**Please compare your information below with your information on PACER.  Any updates or changes must be made through PACER's Manage My Account.**

| | |
|---|---|
| Sean R. Janda | 202-514-3388 |
| Name (printed or typed) | Voice Phone |
| U.S. Department of Justice | N/A |
| Firm Name (if applicable) | Fax Number |
| 950 Pennsylvania Avenue NW, Room 7260 | |
| Washington, DC 20530 | sean.r.janda@usdoj.gov |
| Address | E-mail address (print or type) |

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

_____        _____
             Signature                              Date

1/28/2020  SCC

## Parties Represented

Donald J. Trump, President of the United States

Kevin Hassett, Assistant to the President for Economic Policy and Director of the National Economic Council

United States Office of Management and Budget

Russell Vought, Director of the United States Office of Management and Budget

United States Environmental Protection Agency

Lee M. Zeldin, Administrator of the United States Environmental Protection Agency

United States Department of Agriculture

Brooke Rollins, Secretary of the United States Department of Agriculture

United States Department of Transportation

Sean Duffy, Secretary of the United States Department of Transportation

United States DOGE Service

Amy Gleason, Acting Administrator of the United States DOGE Service

Elon Musk, Senior Advisor of the United States DOGE Service

United States Department of Energy

Christopher A. Wright, Secretary of the United States Department of Energy