# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 5, 2026

_____

RESPONSE REQUESTED

_____

No.   26-2040,   The Sustainability Institute v. Donald Trump
2:25-cv-02152-RMG

TO:      Agrarian Trust
Bronx River Alliance
City of New Haven, Connecticut
Leadership Counsel for Justice and Accountability
Sustainability Institute
Conservation Innovation Fund
Baltimore City, Maryland
Alliance for Agriculture
CleanAIRE NC
Marbleseed
Rural Advancement Foundation International-USA
Pennsylvania Association for Sustainable Agriculture
City of Nashville, Tennessee
City of San Diego, California
Organic Association of Kentucky
Earth Island Institute
City of Madison, WI
Alliance for the Shenandoah Valley
City of Columbus, OH

RESPONSE DUE: 08/12/2026

Response is required to the motion for stay pending appeal on or before
08/12/2026.

K. Hancock, Deputy Clerk
804-916-2702