# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 5, 2026

_____

## DOCKET CORRECTION NOTICE

_____

No.   26-2040,  The Sustainability Institute v. Donald Trump
            2:25-cv-02152-RMG

TO:     Kimberly Hunter

FILING CORRECTION DUE:  August 10, 2026

Please make the correction identified below and file a corrected document by the date indicated.

RE: APPEARANCE OF COUNSEL FORM FILED ON BEHALF OF BENJAMIN JAMES GRILLOT

[✔] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at **www.ca4.uscourts.gov** and refile document.

[✔] The court will enter an appearance only for counsel who are members in good standing of the court's bar. To apply for membership, submit an **application for admission** to practice.

K. Hancock, Deputy Clerk
804-916-2702