No. 26-2040

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

THE SUSTAINABILITY INSTITUTE, et al.,
*Plaintiffs–Appellees*,

v.

DONALD J. TRUMP,
in his official capacity as President of the United States, et al.,
*Defendants–Appellants*.

**PLAINTIFFS–APPELLEES' OBJECTION TO DOCKETING STATEMENT**

Plaintiffs–Appellees respectfully submit this objection and correction to Defendants' docketing statement. ECF No. 24.

*First*, in the list of adverse parties attached to the docketing statement, Defendants mistakenly identify the following entities and localities as Appellees: Agrarian Trust; Alliance for Agriculture; Alliance for the Shenandoah Valley; Conservation Innovation Fund; Marbleseed; Pennsylvania Association for Sustainable Agriculture; Rural Advancement Foundation International–USA; Organic Association of Kentucky; City of Columbus, Ohio; City of Nashville, Tennessee; and City of San Diego, California. Although these entities and localities are or were Plaintiffs below, they are not parties to this appeal. As a result, no

attorney from the Office of the San Diego City Attorney is appearing in this appeal and Julie Rao and Mark Ankcorn should be removed from the docket sheet.

This is an appeal from a non-final order granting partial summary judgment for a sub-group of Plaintiffs challenging the illegal termination of the Environmental and Climate Justice Block Grant Program ("ECJ Program"). The entities and localities listed above did not assert claims challenging the termination of the ECJ Program. *See* D. Ct. Dkt. No. 204 at 2 n.3 (identifying "ECJ Plaintiffs"). Further, many of the entities and localities listed above have dismissed without prejudice their claims involving other grant programs. *See* D. Ct. Dkt. No. 208 (joint stipulation of dismissal without prejudice). Others are continuing to litigate below. For avoidance of doubt, Plaintiffs–Appellees in this appeal are the Sustainability Institute; Bronx River Alliance; CleanAIRE NC; Earth Island Institute; Leadership Counsel for Justice and Accountability; City of Baltimore, Maryland; City of Madison, Wisconsin; and City of New Haven, Connecticut.

*Additionally*, Plaintiffs–Appellees object to Defendants' characterizations in the "Jurisdiction" and "Nature of Case" sections of the docketing statement.

DATED: August 18, 2026

Respectfully submitted,

Kimberley Hunter
Irena Como

Nicholas S. Torrey
Carl T. Brzorad
Ben Grillot
Spencer Gall
SOUTHERN ENVIRONMENTAL LAW CENTER
136 East Rosemary Street, Suite 500
Chapel Hill, NC 27514
Telephone: (919) 967-1450
Facsimile: (919) 929-9421
kmeyer@selc.org
icomo@selc.org
ntorrey@selc.org
cbrzorad@selc.org
bgrillot@selc.org
sgall@selc.org

*Counsel for Plaintiff-Appellees The Sustainability Institute, Bronx River Alliance, CleanAIRE NC, Earth Island Institute, and Leadership Counsel for Justice and Accountability*

Graham Provost
Elaine Poon
Cassandra Crawford
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788
graham@publicrightsproject.org
elaine@publicrightsproject.org
cassandra@publicrightsproject.org

*Counsel for Plaintiff-Appellees City of Baltimore, Maryland; City of Madison, Wisconsin; and City of New Haven, Connecticut*

## CERTIFICATE OF SERVICE

I certify that on August 18, 2026, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. The participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system. *See* Local Rule 25(a)(4).

/s/ Spencer Gall
Spencer Gall
Southern Environmental Law Center