No. 26-2040

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

THE SUSTAINABILITY INSTITUTE, et al.,
*Plaintiffs–Appellees*,

v.

DONALD J. TRUMP,
in his official capacity as President of the United States, et al.,
*Defendants–Appellants*.

**PLAINTIFFS–APPELLEES' MOTION TO AMEND THE CAPTION**

In response to the Caption Notice issued by the Court on August 18, 2026, ECF No. 28, and pursuant to Federal Rule of Appellate Procedure 27, Plaintiffs–Appellees respectfully move to amend the caption in this appeal. In support of this motion, Plaintiffs–Appellees state as follows:

1. This is an appeal from a non-final order granting partial summary judgment for a sub-group of Plaintiffs below challenging the illegal termination of the Environmental and Climate Justice Block Grant Program ("ECJ Program").

2. In their concurrently filed Objection to Docketing Statement, ECF No. 29, Plaintiffs–Appellees explain that Defendants misidentify as Appellees certain

entities and localities that are not parties to this appeal because they do not assert claims involving the ECJ Program. *Id.* at 1–2.

3. Accordingly, Plaintiffs–Appellees respectfully request that the caption identify only the following parties as Appellees: Sustainability Institute; Bronx River Alliance; CleanAIRE NC; Earth Island Institute; Leadership Counsel for Justice and Accountability; City of Baltimore, Maryland; City of Madison, Wisconsin; and City of New Haven, Connecticut.

DATED: August 18, 2026

Respectfully submitted,

Kimberley Hunter
Irena Como
Nicholas S. Torrey
Carl T. Brzorad
Ben Grillot
Spencer Gall
SOUTHERN ENVIRONMENTAL LAW CENTER
136 East Rosemary Street, Suite 500
Chapel Hill, NC 27514
Telephone: (919) 967-1450
Facsimile: (919) 929-9421
kmeyer@selc.org
icomo@selc.org
ntorrey@selc.org
cbrzorad@selc.org
bgrillot@selc.org
sgall@selc.org

*Counsel for Plaintiff-Appellees The Sustainability Institute, Bronx River Alliance, CleanAIRE NC,*

*Earth Island Institute, and Leadership Counsel for Justice and Accountability*

Graham Provost
Elaine Poon
Cassandra Crawford
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788
graham@publicrightsproject.org
elaine@publicrightsproject.org
cassandra@publicrightsproject.org

*Counsel for Plaintiff-Appellees City of Baltimore, Maryland; City of Madison, Wisconsin; and City of New Haven, Connecticut*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 172 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared using Microsoft Word in proportionally spaced 14-pt Times New Roman typeface.

/s/ Spencer Gall
Spencer Gall
Southern Environmental Law Center

**CERTIFICATE OF SERVICE**

I certify that on August 18, 2026, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. The participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system. *See* Local Rule 25(a)(4).

/s/ Spencer Gall
Spencer Gall
Southern Environmental Law Center