**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 19, 2026

---

RESPONSE REQUESTED

---

No. 26-2040, The Sustainability Institute v. Donald Trump
2:25-cv-02152-RMG

TO: Appellants

RESPONSE DUE: 08/31/2026

Response is required to the motion to amend/correct caption on or before 08/31/2026.

K. Hancock, Deputy Clerk
804-916-2702