IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| The Sustainability Institute, et al.,<br>Plaintiffs-Appellees,<br>v.<br>DONALD J. TRUMP, et al.,<br>Defendants-Appellants. | No. 26-2040 |

**RESPONSE TO MOTION TO AMEND THE CAPTION**

Pursuant to Federal Rule of Appellate Procedure 27 and this Court's order of August 19, 2026, the government hereby files this response to plaintiffs' motion to amend the caption.

This appeal arises out of a district court case that includes nineteen plaintiffs. Plaintiffs' motion states the orders being challenged in this appeal involve a claim that only eight of those nineteen plaintiffs have brought, and plaintiffs request that the caption be amended to identify only the eight plaintiffs as appellees.

The government agrees with plaintiffs that this appeal is limited to challenging relief that the district court has ordered on a claim that only eight plaintiffs bring. The government defers to the Court on the question

whether it is appropriate to identify all nineteen district court plaintiffs as appellees in the caption or whether the caption should be limited to the eight plaintiffs with an interest in the orders on appeal.

Respectfully submitted,

DANIEL TENNY

*/s/ Sean R. Janda*

SEAN R. JANDA
(202) 514-3388
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

AUGUST 2026

## CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 151 words. This response also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in CenturyExpd BT 14-point font, a proportionally spaced typeface.

*/s/ Sean R. Janda*
Sean R. Janda