FILED: August 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2040
(2:25-cv-02152-RMG)

---

THE SUSTAINABILITY INSTITUTE; BRONX RIVER ALLIANCE; CLEANAIRE NC; LEADERSHIP COUNSEL FOR JUSTICE AND ACCOUNTABILITY; BALTIMORE CITY, MARYLAND; CITY OF MADISON, WI; CITY OF NEW HAVEN, CONNECTICUT; EARTH ISLAND INSTITUTE

Plaintiffs - Appellees

and

AGRARIAN TRUST; ALLIANCE FOR AGRICULTURE; ALLIANCE FOR THE SHENANDOAH VALLEY; CITY OF COLUMBUS, OH; CITY OF NASHVILLE, TENNESSEE; CITY OF SAN DIEGO, CALIFORNIA; CONSERVATION INNOVATION FUND; MARBLESEED; ORGANIC ASSOCIATION OF KENTUCKY; PENNSYLVANIA ASSOCIATION FOR SUSTAINABLE AGRICULTURE; RURAL ADVANCEMENT FOUNDATION INTERNATIONAL-USA

Plaintiffs

v.

DONALD J. TRUMP, in his official capacity as President of the United States; KEVIN HASSETT, in his official capacity as Assistant to the President for Economic Policy and Director of the National Economic Council; UNITED STATES OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency; UNITED STATES DEPARTMENT OF

AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture; UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as the Secretary of the United States Department of Transportation; UNITED STATES DOGE SERVICE; AMY GLEASON, in her official capacity as Acting Administrator of the United States DOGE Service; ELON MUSK, in his official capacity as Senior Advisor of the United States DOGE Service; UNITED STATES DEPARTMENT OF ENERGY; CHRISTOPHER A. WRIGHT, in his official capacity as the Secretary of the United States Department of Energy

Defendants - Appellants

---

O R D E R

---

Upon consideration of submissions relative to the motion to amend the case caption, the court grants the motion and amends the caption as requested.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk