**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 28, 2026

---

RESPONSE REQUESTED

---

No. 26-2040, Sustainability Institute v. Donald Trump
2:25-cv-02152-RMG

TO: United States Office of Management and Budget, United States DOGE Service, United States Department of Transportation, Amy Gleason, United States Department of Energy, Donald J. Trump, Lee M. Zeldin, United States Environmental Protection Agency, Christopher A. Wright, Kevin Hassett, Sean Duffy, Elon Musk, United States Department of Agriculture, Russell Vought, Brooke Rollins

**RESPONSE DUE: September 4, 2026**

Please respond to the corrected petition for rehearing en banc on or before September 4, 2026. The response may not exceed 3900 words.

K. Hancock, Deputy Clerk
804-916-2702