IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| The Sustainability Institute, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>Donald J. Trump, et al.,<br><br>Defendants-Appellants. | No. 26-2040 |

**MOTION TO VOLUNTARILY DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), the government hereby moves to voluntarily dismiss this appeal, with each party to bear its own costs for the appeal. Plaintiffs consent to this motion.

Respectfully submitted,

DANIEL TENNY

*/s/ Sean R. Janda*

SEAN R. JANDA
(202) 514-3388
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

NOVEMBER 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 33 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in CenturyExpd BT 14-point font, a proportionally spaced typeface.

*/s/ Sean R. Janda*
Sean R. Janda